ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

**May 21, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>DIGITAL DEVICES:<br>Motorola telephone IMEI: 35127977080473<br>Samsung telephone IMEI: 35184442333808985<br>Samsung Telephone IMEI 35561778305807<br>Motorola Telephone: Type: M4A0B<br>Toshia Laptop: S/N: 3A015774M<br>Latitude 3500 Laptop: S/N – C07CJX2<br>HP Elitebook Laptop w/ "Self Made" Sticker<br>Antec Generic Desktop (tower)<br>THAT ARE STORED AT PREMISES CONTROLLED BY THE FBI | ORDER RE: REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS<br><br>2:25-sw-0110-CSK |
| Instagram Account "Redrum432" and Facebook account "thumiston5" THAT ARE STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | 2:25-sw-0111-CSK |
| INFORMATION ASSOCIATED WITH APPLE ACCOUNT: THUMISTON5@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY APPLE INC | 2:24-sw-1155 CSK |
| INFORMATION ASSOCIATED WITH thefakest740@gmail.com; fennixfox04@gmail.com; fennixfox55@gmail.com; nudes123only@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, LLC | 2:24-sw-0855 CKD |

1

| INFORMATION ASSOCIATED WITH THUMISTON5@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, LLC | 2:24-sw-0790 AC |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

DATED: May 21, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2